Filed:  April 29, 2003

UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

No. 03-1217
(CA-02-112-5-BO)

Victor Byrd,

Plaintiff - Appellant,

versus

North Carolina State University, etc.,

Defendant - Appellee.

O R D E R

The court amends its opinion filed April 22, 2003, as follows:

On the cover sheet, section 7, line 1 -- counsel's name is corrected to read "Celia Grasty Lata."

For the Court - By Direction

/s/ Patricia S. Connor
Clerk

**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 03-1217**

───────────

VICTOR BYRD,

                                    Plaintiff - Appellant,

        versus

NORTH CAROLINA STATE UNIVERSITY, University
Temporary Services,

                                    Defendant - Appellee.

───────────

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  Terrence W. Boyle, Chief
District Judge.  (CA-02-112-5-BO)

───────────

Submitted:  April 17, 2003        Decided:  April 22, 2003

───────────

Before WIDENER, WILLIAMS, and MOTZ, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Victor Byrd, Appellant Pro Se.  Celia Grasty Lata, OFFICE OF THE
ATTORNEY GENERAL OF NORTH CAROLINA, Raleigh, North Carolina, for
Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Victor Byrd appeals the district court's order dismissing his civil action alleging employment discrimination under the Americans with Disabilities Act. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Byrd v. North Carolina State Univ., No. CA-02-112-5-BO (E.D.N.C. Feb. 5, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED